[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 14, 2009
THOMAS K. KAHN
CLERK

No. 08-10331
Non-Argument Calendar
_____

D. C. Docket No. 07-80084-CR-DTKH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CRISTOBAL GONZALES,
a.k.a. Carlos Puga,
a.k.a. Cristobal Gonzales-Martinez,
a.k.a. Christopher C. Gonzalez,
a.k.a. Christopher C. Gonzales,
a.k.a. Carlos Christibol Puga,
a.k.a. Christopher Carolos Gonzalez,
a.k.a. Cristobal Gonzalez,
a.k.a. Cristobal Gonzalz,
a.k.a. Cristoba Gonzalez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(April 14, 2009)

Before BLACK, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Valentin Rodriguez, appointed counsel for Cristobal Gonzales in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED**, and Gonzales's convictions and sentences are **AFFIRMED**.